

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-21-00058-CV

**DIAMOND ENVIRONMENTAL MANAGEMENT, L.P.**; Bexar County Emergency Service District No. 5; and Bexar County Emergency Service District No. 10,
Appellants

v.

**CITY OF SAN ANTONIO**, Texas,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-26125
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I . Valenzuela, Justice

On June 16, 2022, appellants Bexar County Emergency Services District No. 5 and Bexar County Emergency Services District No. 10 filed a motion for rehearing and motion for en banc reconsideration. Because the panel has issued a corrected opinion, the motion for en banc reconsideration is DENIED AS MOOT. *See* TEX. R. APP. P. 49.5.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.



MICHAEL A. CRUZ, Clerk of Court